# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Shaffer, Craig B. | District of Colorado | 11/14/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Magistrate Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

Alfred A. Arraj U.S. Courthouse
901 19th Street
Denver, CO 80294

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Adjunct Faculty Member | University of Denver, Sturm College of Law |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2015 | University of Denver, Sturm College of Law - compensation as Adjunct Faculty Member | $5,000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2015 | self-employed diversity consultant |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Arizona State University, Sandra Day O'Connor Law School | 3/11/2015-3/13/2015 | Tempe, Arizona | panelist addressing e-discovery issues | transportation, hotel room |
| 2. | Sedona Conference mid-year meeting | 4/29/2015-4/30/2015 | Dallas, Texas | panelist addressing e-discovery issues | transportation, hotel room |
| 3. | ALI Environmental Litigation Course | 6/24/2015-6/26/2015 | Washington, D.C. | faculty member | transportation, hotel room |
| 4. | Duke Law School Distinguished Lawyers Conference | 7/2/2015-7/24/2015 | Washington, D.C. | attendee | transportation, hotel room |

| Name of Person Reporting | Date of Report |
|---|---|
| **Shaffer, Craig B.** | 11/14/2016 |

| | | | | | |
|---|---|---|---|---|---|
| 5. | Securities and Exchange Commission | 9/10/2015 | Washington, D.C. | presentation on 2015 Civil Rules amendments | transportation, hotel room |
| 6. | Georgetown University Law Center, Advanced eDiscovery Institute | 11/19/205-11/20/2015 | Washington, D.C. | panelist addressing e-discovery issues | transportation, hotel room |

| Name of Person Reporting | Date of Report |
|---|---|
| **Shaffer, Craig B.** | 11/14/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shaffer, Craig B. | 11/14/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wells Fargo Bank account | A | Interest | J | T | | | | | |
| 2. Schwab Money Market Fund | A | Interest | L | T | | | | | |
| 3. BMO Intermediate Tax Free CL Y | A | Interest | J | T | | | | | |
| 4. Guggehheim S&P 500 Technology ETF | A | Interest | K | T | Sold (part) | 12/22/15 | J | C | |
| 5. SPDR S&P 500 ETF | A | Interest | K | T | Sold (part) | 12/22/15 | J | C | |
| 6. Vanguard FTSE Developed Markets ETF | A | Interest | K | T | Buy | 12/22/15 | K | | |
| 7. Oppenheimber International Small Cap | A | Interest | K | T | Buy | 07/07/15 | J | | |
| 8. Vanguard Telecommunication Services ETF | A | Interest | J | T | Buy | 07/07/15 | J | | |
| 9. | | | | | Sold (part) | 12/22/15 | J | A | |
| 10. USAA Tax Exempt Intermediate | A | Interest | J | T | Buy | 01/13/15 | J | | |
| 11. Trust No. 2 | A | Interest | J | T | | | | | |
| 12. - Schwab Money Market Fund | | | | | | | | | |
| 13. IRA - II | E | Dividend | O | T | | | | | |
| 14. - Schwab Money Market Fund | | | | | | | | | |
| 15. - Schwab 1000 Fund - Select | | | | | | | | | |
| 16. - Vanguard Small Cap | | | | | | | | | |
| 17. - T. Rowe Price Personal Strategy Growth Fund | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shaffer, Craig B. | 11/14/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - The Charles Schwab Corp. common stock | | | | | | | | | |
| 19. - Doubleline Total Return | | | | | | | | | |
| 20. - Dodge & Cox International Stock Fund | | | | | | | | | |
| 21. - Harding Loevner Emerging Markets | | | | | Sold | 07/07/15 | K | | |
| 22. - Parnassus Equity Income Fund | | | | | Sold (part) | 07/07/15 | K | | |
| 23. - Vandguard Equity Income Fund -Admiral Shares | | | | | | | | | |
| 24. - Seafarer Overseas Growth | | | | | Buy | 07/07/15 | K | | |
| 25. - Ridgeworth Seix High Yield | | | | | Buy | 07/07/15 | K | | |
| 26. - Baird Core Plus Bond Inst. | | | | | | | | | |
| 27. IRA - III | B | Dividend | M | T | | | | | |
| 28. - Schwab Money Market Fund | | | | | | | | | |
| 29. - Metropolitan West Total | | | | | | | | | |
| 30. - Hodges Small Cap | | | | | | | | | |
| 31. - Wasatch International Growth Fund | | | | | | | | | |
| 32. - SPDR S&P Regional Banking | | | | | Sold | 03/05/15 | J | | |
| 33. - Artisan International Fund | | | | | Buy | 03/05/15 | J | | |
| 34. - Vanguard International Equity ETF | | | | | Buy | 03/05/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shaffer, Craig B. | 11/14/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Trust No. 3 | E | Int./Div. | O | T | | | | | |
| 36. - Schwab Money Market Fund | | | | | | | | | |
| 37. - Altria Group, Inc. stock | | | | | Sold | 03/05/15 | J | | |
| 38. - ConocoPhillips stock | | | | | Sold | 03/05/15 | J | | |
| 39. - Dow Chemical Co. stock | | | | | | | | | |
| 40. - Pimco Incm Inst. Cl Bond Fund | | | | | | | | | |
| 41. - TCW Total Return Bond Fund | | | | | | | | | |
| 42. - Artisan International Value Fund | | | | | | | | | |
| 43. - Aston Fairpointe Mid Cap | | | | | Sold | 03/05/15 | K | | |
| 44. - Hartford Capital Appr | | | | | Sold | 12/22/15 | K | | |
| 45. - JPMorgan Growth Advantage | | | | | Sold (part) | 12/22/15 | J | | |
| 46. - JPMorgan Large Cap Growth | | | | | | | | | |
| 47. - JPMorgan US Equity Select | | | | | | | | | |
| 48. - T Rowe Price New Asia Fund | | | | | Sold | 10/13/15 | K | | |
| 49. - Guggenheim S&R 500 ETF | | | | | Sold (part) | 12/22/15 | J | | |
| 50. - IShares MSCI All Country | | | | | | | | | |
| 51. - IShares Russell ETF | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shaffer, Craig B. | 11/14/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - IShares TR MSCI EAFE | | | | | | | | | |
| 53. - Powershares Exch Trade Fund TR | | | | | Sold | 07/07/15 | K | | |
| 54. - Vanguard Telecommunication Systems | | | | | Sold | 10/13/15 | J | | |
| 55. - Vanguard Value ETF | | | | | | | | | |
| 56. - Janus Global Real Estate | | | | | | | | | |
| 57. - Matthews Asia Dividend Fund | | | | | Buy | 10/13/15 | K | | |
| 58. Trust No. 4 | C | Int./Div. | N | T | | | | | |
| 59. - Capital One Financial CP | | | | | | | | | |
| 60. - General Electric Co. common stock | | | | | | | | | |
| 61. - Hess Corp. common stock | | | | | | | | | |
| 62. - Home Depot Inc. common stock | | | | | | | | | |
| 63. - Honeywell International common stock | | | | | | | | | |
| 64. - Johnson & Johnson common stock | | | | | | | | | |
| 65. - JPMorgan Chase & Co. common stock | | | | | | | | | |
| 66. - Mondelez Intl. Inc. Class A stock | | | | | Sold | 03/05/15 | J | | |
| 67. - Pepsico Inc. common stock | | | | | | | | | |
| 68. - IShares Russell ETF Midcap | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shaffer, Craig B. | 11/14/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.   - Powershs Exchange Trade | | | | | | | | | |
| 70.   - Credit Suisse Commodity Fund | | | | | Sold | 10/13/15 | J | | |
| 71.   - Harbor Internatinal Fund | | | | | | | | | |
| 72.   - Schwab Tax Free Bond Fund | | | | | | | | | |
| 73.   - T Rowe Price Blue Chip Fund | | | | | | | | | |
| 74.   - T Rowe Price Small Cap Fund | | | | | | | | | |
| 75.   -Westcore Co. Tax Exempt Fund | | | | | | | | | |
| 76.   - United States Commodity Fund | | | | | Buy | 10/13/15 | J | | |
| 77.   IRA IV | A | Interest | J | | | | | | |
| 78.   - Schwab Money Market Fund | | | | | Buy | 07/29/15 | J | | |
| 79.   - Vanguard REIT ETF | | | | | Buy | 07/29/15 | J | | |
| 80.   - Wisdometree International Small Cap | | | | | Buy | 07/29/15 | J | | |
| 81. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shaffer, Craig B. | 11/14/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

On the undersigned's 204 financial disclosure form, at lines lines 53 and 54, the undersigned reported holding investments in "Guggenheim ETC" and "Guggenheim Exchange Trade Fund." Those assets were incorrectly listed because they were duplicative of the entry at line 50 which was described as "Guggenheim Exch Trade Fund." The assets described at lines 53 and 54 on last year's report have been omitted from this report to correct those duplicate entries.

The reference to "FMI Large Cap Fund," found at Part VII, line 41 of my 2014 amended report was incorrect to the extent that the second entry reported a part sale of that asset on 10/08/14. That transanction should have been identifed as a "sale" of that asset on that date. After 10/08/14, the undersigned disposed of that asset completely. For that reason, FMI Large Cap Fund was not included in my 2015 financial disclosure report.

| Name of Person Reporting | Date of Report |
|---|---|
| Shaffer, Craig B. | 11/14/2016 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Craig B. Shaffer**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544